# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 137 WAL 2017
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
TYSHAWN PLOWDEN, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.